UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

    TIMOTHY G. METZGER                                      Case No. 03-20360-dob
    d/b/a METZGER CONSTRUCTION                  Chapter 7 Proceeding
    d/b/a T. METZGER CONSTRUCTION              Hon Daniel S. Opperman
    and JULIE M. METZGER,

           Debtors.
_____/

KAREN E. EVANGELISTA,

           Plaintiff,

v.                                                                   Adversary Proceeding
                                                                    Case No. 05-2003-dob

COREY METZGER, JENNIFER METZGER,
MIDLAND COUNTY HOUSING DIVISION and
FIRST NATIONAL BANK OF AMERICA,

           Defendants.
_____/

### ORDER GRANTING IN PART AND DENYING IN PART TRUSTEE'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

The Court having issued an Opinion of even date;

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Timothy and Julie Metzger were and are required to make the monthly mortgage payment to First National Bank of America until August 31, 2008;

IT IS FURTHER ORDERED AND ADJUDGED that Corey and Jennifer Metzger were and are required to pay property taxes and utilities relating to the real estate until August 31, 2008;

IT IS FURTHER ORDERED AND ADJUDGED that Corey and Jennifer Metzger were and

1

are required to pay the mortgage amount to Midland County Housing Division in accordance with the Midland County Housing Division mortgage with payments directed to the Trustee;

IT IS FURTHER ORDERED AND ADJUDGED that Paragraphs 1 and 2 of the Order previously entered on August 19, 2008, terminating the listing agreement between Defendants Metzger and Ayre/Rhinehart Realtors, and granting the Trustee's motion to authorize immediate sale of the property remain in force and shall not be affected by this Order;

IT IS FURTHER ORDERED AND ADJUDGED that Paragraph 3 of the Order entered August 19, 2008, is supplemented by this Order.

**Signed on March 02, 2009**

                                            **/s/ Daniel S. Opperman**
                                      **Daniel S. Opperman**
                                      **United States Bankruptcy Judge**